# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

UNITED STATES

vs.

Samuel Vincent Tenorio
**DEFENDANT(S)**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 11po10
HEARING: PV
DATE: 6/17/14
TIME: 10am
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Chris Van Horne
COUNSEL FOR DEFENDANT: Nicholas Balland
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS
( ) DEFT. ( ) REMANDED

(X) DEFT. ADMITS ( ) DENIES VIOLATION
(X) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION
( ) DEFT CONTINUED ON BOND

**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Additional three days incarceration imposed as a condition of probation which can be served on a weekend or other time that does not interfer w/ deft's employment. Probation converted to unsupervised for an additional six months after today's date. The only condition of probation is that the deft not violate the motor vehicle laws of any jurisdiction.

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS