IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>SAMUEL V. TENORIO,    )<br>)<br>Defendant.    )<br>_____) | Criminal No. 1:11-po-0010 |

## O R D E R

For the reasons stated from the bench, it is ORDERED that the conditions of probation are modified as follows:

1. Defendant shall serve three days in jail as directed.

2. Thereafter, probation will be unsupervised, with the sole condition that defendant not violate a motor vehicle law, and shall terminate on December 17, 2014.

ENTERED this 17th day of June, 2014.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia